■ STEPHEN D. SALISBURY, JR., et al., Respondents, v JONELLE K. CHRISTIAN et al., Appellants. (Appeal No. 2.) [890 NYS2d 877]—

Same memorandum as in *Salisbury v Christian* (68 AD3d 1664 [2009]). Present—Martoche, J.P., Smith, Peradotto, Green and Pine, JJ.